IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BERTHA GRANT, #147759, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:09cv421-WHA |
| | ) | |
| CYNTHIA S. WHEELER-WHITE, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. #2) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #2) of the Magistrate Judge is ADOPTED. The petition under 28 U.S.C. § 2254 is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 2241(d).

Done this 2nd day of June, 2009.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE